SEALED

FILED

MAR 12 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10 MJ 00057 SMS |
| Plaintiff, | ORDER SEALING COMPLAINT AND MEMORANDUM AND DECLARATION IN SUPPORT THEREOF |
| v. | |
| NAMED DEFENDANTS, | |
| Defendants. | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings,,

IT IS SO ORDERED, that the complaint shall be filed with this Court under <u>seal</u> and not be disclosed pending further order of this court.

DATED: March 12, 2010

Honorable Sandra M. Snyder,
U.S. Magistrate Judge

1